UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER      21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
LILIANA SANCHEZ

                                  Plaintiff,          Index No.: 07 CV 05385
    -against-

RECTOR OF TRINITY CHURCH, et al.          **NOTICE OF APPEARANCE**

                                Defendants.          **ELECTRONICALLY FILED**
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:      New York, New York
            December 10, 2007

                                      LONDON FISCHER LLP
                        By:
                                      Gillian Hines Kost (GK-2880)
                                      59 Maiden Lane
                                      New York, New York 10038
                                      Phone: (212) 972-1000
                                      Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Sanchez\Pleadings\Notice of Appearance